INTRODUCTION

Pablo Hurtado
2009 Glenmont Drive
Bakersfield, CA 93309
661 664 9725
In PRO SE

FILED
OCT 31 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Pablo Hurtado | Case No.: |
| Plaintiff, | COMPLAINT |
| vs. | |
| Walmart Stores, Inc./Store #5134 | 1:14-CV-01706- SAB |
| Defendant | |

INTRODUCTION

This is an action to correct being denied promotional opportunities, equal pay and an environment free of discrimination based on my sex-gender, filling stereo typed roles and positions based on genders.

JURISDICTION AND VENUE

1. This Court has jurisdition of this matter.

2. Venue is proper in Kern County becaause Defendant operates the retail store where the discrimination occurred in Kern County.

ALLEGATIONS

Walmart denied Mr. Hurtado promotional opportunities, equal pay, creating a hostile environment against males including himself. Double standards for male and females on policys and procedures in prmotion process.Walmart failing to tell the truth in the Department of Fair Employment and Housing investigation.

RELEIF

The sum of $100,000 for punigitive damages, would like to see hiring practicces changed, would like to see store advertise at job conventions, newspapers and job career centers that they need males in cashiering, front end supervisor lead roles including, but not limited to managenment positions.

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION



# DISMISSAL AND NOTICE OF RIGHTS

To: **Pablo Hurtado**
**2009 Glenmont Drive**
**Bakersfield, CA 93309**

From: **Los Angeles District Office**
**255 E. Temple St. 4th**
**Los Angeles, CA 90012**

☐ *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **37A-2013-19054** | **Karrie L. Maeda, State & Local Coordinator** | **(213) 894-1100** |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☐ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☒ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other *(briefly state)*

## - NOTICE OF SUIT RIGHTS -

*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

[signature]

**Rosa M. Viramontes,**
**Acting District Director**

August 8, 2014
*(Date Mailed)*

Enclosures(s)

cc:

**WAL-MART STORES INC.STORE #5134**
**5075 Gosford Road**
**Bakersfield, CA 93313**

STATE OF CALIFORNIA (Business, Consumer Services and Housing Agency
GOVERNOR EDMUND G. BROWN JR.
**DEPARTMENT OF FAIR EMPLOYMENT & HOUSING**
DIRECTOR PHYLLIS W. CHENG
2218 Kausen Drive, Suite 100 | Elk Grove | CA | 95758
800-884-1684 | Videophone 916-226-5285 | TDD 800-700-2320
www.dfeh.ca.gov | email: contact.center@dfeh.ca.gov

April 04, 2014

Pablo Hurtado
2009 Glenmont Drive
Bakersfield, CA 93309

RE: **Closure Determination**
DFEH Number: 107676-47893
EEOC Number: 37A-2013-19054-C
Hurtado / Wal-Mart Stores, Inc. /Store #5134

Dear Pablo Hurtado:

Your allegations of discrimination against the above referenced Respondent and/or Co-Respondent(s) have been filed with our Department and with the U.S. Equal Employment Opportunity Commission (EEOC) if applicable.

You alleged that on April 11, 2013, you were harmed due to your Sex- Gender. However, based on an analysis of the facts and circumstances which you alleged, your complaint will be closed for the following reason: Investigated and Dismissed-Insufficient Evidence.

As you were informed by letter on June 25, 2013 and informed on October 16, 2013, the investigation did not reveal sufficient evidence or information to establish that a violation of the FEHA occurred. Regrettably, the additional information you provided did not affect the initial determination in this complaint. As a result your complaint will be submitted to the District Administrator for closure today, April 4, 2014.

In your complaint, you allege sex discrimination in the assignment of duties regarding pushing/collecting shopping carts and cashiering duties for male and female employees at your job location. You allege that cart collecting duties are assigned to male employees only. Although your complaint was amended and this issue was rejected at the intake process, the information provided has been carefully considered and has been investigated. Our department has based its determination on the following:

1. Information gathered reveals that there is a job code for cart pushers which are called Stock Associates. Stock Associates are employees who are assigned to collect carts and are trained to operate the cart mule. There are a total of four [4] stock associates whom are all male at this store location. Information reveals that the position of Stock Associates is not an assigned position but is a position that is applied for and individuals are selected through a hiring process. Bike

Assemblers are also trained to operate the cart mule.

2. Additional information reveal that cashiers are not required to collect carts but are occasionally asked to help push/collect carts and may be asked more frequently throughout the day when there are staffing issues or when the store is busy. Employees, particularly cashiers, who are not trained to operate the cart mule, can only collect five (5) carts at a time.
3. Your employer asserts that you volunteered to push/collect carts and was asked to push carts when there was a shortage of cart pushers.
4. Witness information from a male employee who works as a cashier reveals that there are male and female cashiers who have been asked to push carts and have observed male and female employees push and collect carts. He also has been asked to push/collect carts and have performed the job duty multiple times.
5. Witness information from a female employee who worked in the money center, asserts she has been asked to collect carts and have performed the job duty multiple times.
6. Additional witness information reveals that one of the female cashiers volunteers to push and/or collect carts and has performed the duty multiple times.

In conclusion, the evidence and information gathered did not support a finding that a violation of the FEHA has occurred.

**Your complaint will be closed and you will be issued a "Right to Sue" notice which allows you to file a private lawsuit.**

You can provide the information by telephone or by mail. If you choose to mail your response, please include your matter number **107676-47893** and mail it to DFEH, 2218 Kausen Drive, Suite 100, Elk Grove, CA 95758. Thank you for your cooperation.

Sincerely,

[signature]

Marshalena Adkins
Consultant I
510.789.1049

STATE OF CALIFORNIA | State and Consumer Services Agency
GOVERNOR EDMUND G. BROWN JR
DEPARTMENT OF FAIR EMPLOYMENT & HOUSING
DIRECTOR PHYLLIS W. CHENG
2218 Kausen Drive, Suite 100 I Elk Grove I CA I 95758
800-884-1684 I Videophone 916-226-5285 I TDD 800-700-2320
www.dfeh.ca.gov I email: contact.center@dfeh.ca.gov

June 25, 2013

Pablo Hurtado
2009 Glenmont Drive
Bakersfield, CA 93309

RE: **Request for Rebuttal and Summary of Response**
DFEH Number: 107676-47893
EEOC Number: 37A-2013-19054-C
Hurtado / Wal-mart Stores, Inc./Store #5134

Dear Pablo Hurtado:

This is a follow-up to my telephone call you regarding the respondent's response to your complaint. You alleged that on April 11, 2013, you were harmed due to your Sex-Gender. Please provide a written or verbal response to each of the statements or questions presented below:

1. Your employer Wal-Mart denies your allegations of being denied promotional opportunities, equal pay and an environment free of discrimination based on your sex-gender.
2. Your employer Wal-Mart asserts that the events that are related to the above complaint filing may be time barred based on the actions that occurred are more than 365 days.
3. Your employer Wal-Mart asserts Associates who have an active Second Written Coaching on file are not eligible for a promotion. Your employer asserts that on or about April 16, 2011, you received your Second Written Coaching.
4. Your employer Wal-Mart asserts that you first became eligible for a promotion when your third written coaching expired on October 30, 2012. Your employer asserts that since October 30, 2012, you have appeared in seven requisitions and six were filled with internal candidates, three (3) of whom are male and three (3) of whom are female.
5. Your employer Wal-Mart asserts that Store Manager Larry Fenske and Store's Management Team legitimately felt you lacked the necessary skills to successfully supervise a team of Associates.
6. Your employer Wal-Mart asserts that the successful candidates were more qualified than you, two of whom were already working in supervisory positions.
7. Your employer Wal-Mart asserts that unlike other co-Associates who were

promoted, you had failed to demonstrate to Management that you had the ability to supervise and lead a team of Associates, rather you had demonstrated a track record of being unable to get along with other Associates.

8. Your employer Wal-Mart asserts they are currently investigating a report of rude behavior you displayed towards another associate. Your employer asserts that you have had problems with associates in the past as mentioned in your previous coachings and performance evaluations.
9. You employer Wal-Mart asserts that you regularly received raises and was paid accordance with Wal-Mart's Associates pay plan.

The new information that you provide will be carefully considered. If we do not receive your response **within ten days** from the date of this letter which substantiates your allegations, your complaint will be closed on Investigated and Dismissed- Insufficient Evidence and you will be issued a "Right to Sue" Notice which allows you to file a private lawsuit.

If your case is dual filed with the United States Equal Employment Opportunity Commission (EEOC), they may also dismiss your EEOC charge.

We are prepared to continue processing your case, but we must hear from you **within ten days**. Please contact me at the telephone number listed below if you have any questions regarding this request.

Sincerely,

Marshalena Adkins
Consultant I
510.789-1049

STATE OF CALIFORNIA | Business, Consumer Services and Housing Agency
GOVERNOR EDMUND G. BROWN JR
DEPARTMENT OF FAIR EMPLOYMENT & HOUSING
DIRECTOR PHYLLIS W. CHENG
2218 Kausen Drive, Suite 100 | Elk Grove | CA | 95758
800-884-1684 | Videophone 916-226-5285 | TDD 800-700-2320
www.dfeh.ca.gov | email: contact.center@dfeh.ca.gov

April 04, 2014

Pablo Hurtado
2009 Glenmont Drive
Bakersfield, CA 93309

RE: **Notice of Case Closure and Right to Sue**
DFEH Number: 107676-47893
EEOC Number: 37A-2013-19054-C (Kern - S)
Hurtado / Wal-Mart Stores, Inc. /Store #5134

Dear Pablo Hurtado:

The Department of Fair Employment and Housing (DFEH) has closed your case for the following reason: Investigated and Dismissed- Insufficient Evidence. Based upon its investigation, DFEH is unable to conclude that the information obtained establishes a violation of the statute. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this complaint.

**This is your Right to Sue notice.** According to Government Code section 12966, subdivision (b), a civil action may be brought under the provisions of the Fair Employment and Housing Act against the person, employer, labor organization or employment agency named in the above-referenced complaint. This is also applicable to DFEH complaints that are filed under, and allege a violation of, Government Code section 12948, which incorporates Civil Code sections 51, 51.7, and 54. The civil action must be filed within one year from the date of this letter. However, if your civil complaint alleges a violation of Civil Code section 51, 51.7, or 54, you should consult an attorney about the applicable statutes of limitation.

Your complaint **is dual filed** with the United States Equal Employment Opportunity Commission (EEOC). You have a right to request EEOC to perform a substantial weight review of our findings. This request must be made within fifteen (15) days of your receipt of this notice. Pursuant to Government code section 12965, subdivision (d) (1); your right to sue may be tolled during the pendency of EEOC's review of your complaint. To secure this review, you must request it in writing to the State and Local Coordinator nearest you:

| EEOC Northern California | EEOC Southern California |
|---|---|
| 450 Golden Gate Avenue, 5th Floor West | Roybal Federal Building |

P.O. Box 36025
San Francisco, CA 94102-3661
(415) 522-3000

255 East Temple Ste., 4th Floor
Los Angeles, CA 90012
(213) 894-1100

You may file an appeal with DFEH which is a written request made to the District Administrator for reconsideration of the decision to close your case. Your appeal should include a 1) summary as to why you disagree with the reason; and/or, 2) any new detailed information (e.g., documents, records, witness information) that supports your claim. If you appeal, the information you provide will be carefully considered.

Although DFEH has concluded that the evidence and information did not support a finding that a violation occurred, the allegations and conduct at issue may be in violation of other laws. You should consult an attorney as soon as possible regarding any other options and/or recourse you may have regarding the underlying acts or conduct.

Should you decide to bring a civil action on your own behalf in court in the State of California under the provisions of the California Fair Employment and Housing Act (FEHA) against the person, employer, labor organization or employment agency named in your complaint, below are resources for this. Please note that if a settlement agreement has been signed resolving the complaint, you might have waived the right to file a private lawsuit.

**Finding an Attorney**

To proceed in Superior Court, you should contact an attorney. If you do not already have an attorney, the organizations listed below may be able to assist you:

- The State Bar of California has a Lawyer Referral Services Program which can be accessed through its Web site at www.calbar.ca.gov or by calling (866) 442-2529 (within California) or (415) 538-2250 (outside California).

- Your county may have a lawyer referral service. Check the Yellow Pages of your telephone book under "Attorneys."

**Filing in Small Claims Court**

- The Department of Consumer Affairs (DCA) has a publication titled "The Small Claims Court: A Guide to Its Practical Use" online at of "The Small Claims Court: A Guide to Its Practical Use" online at http://www.dca.ca.gov/publications/small_claims. You may also order a free copy of "The Small Claims Court: A Guide to Its Practical Use" online, by calling the DCA Publication Hotline at (866) 320-8652, or by writing to them at: DCA, Office of Publications, Design and Editing; 1625 North Market Blvd., Suite N-112; Sacramento; CA; 95834.

- The State Bar of California has information on "Using the Small Claims Court" under the "Public Services" section of its Web site located at www.calbar.ca.gov.

Sincerely,

Marshalena Adkins
Consultant I
510.789.1049

cc: Wal-mart Stores, Inc./Store #5134
Harry Senske
5075 Gosford Road
Bakersfield CA 93313

**Hernandez, Clara@DFEH**

| | |
|---|---|
| **From:** | Hernandez, Clara@DFEH |
| **Sent:** | Monday, July 08, 2013 1:26 PM |
| **To:** | Adkins, Marshalena@DFEH |
| **Subject:** | FW: Scan from the Bizhub 501 MFP |
| **Attachments:** | SKMBT_50113070813320.pdf |

Hello Ms. Adkins,
The Cp in this matter brought a rebuttal to the "request for rebuttal and summary of response" dated 6/25/13. The rebuttal is attached.

Thank you,
Clara Hernandez
661.395.2973

-----Original Message-----
From: exchange@dfeh.ca.gov [mailto:exchange@dfeh.ca.gov]
Sent: Monday, July 08, 2013 2:33 PM
To: Hernandez, Clara@DFEH
Subject: Scan from the Bizhub 501 MFP

Attached is a scanned document from the Konica Minolta Bizhub 501 MFP located at the Department of Fair Housing and Employment in Bakersfield, Ca.

DFEH NUMBER 101616-41875
EEOC NUMBER 37A-2013-19054-C

Dear DFEH,

I WAS GIVEN WRITEN PROMISE THAT I WOULD CONTINUE TO BE GIVEN FULLTIME WORK SCHEDULE IF I WERE TO ACCEPT THE LATTERAL MOVE TRANSFER FROM MEAT DEPT TO MONEY CENTER DEPT. BUT MARIO ASST MANAGER [illegible] TWEECKED IT TO FULLTIME HOURS FOR ME WHENEVER I WOULD BRING IT TO HIS ATTENTION I WASNT GETTING MY SCHEDULED FULLTIME HRS EVENTHOUGH I'M A FULLTIMER STATUS, HE BLAMED THE COMPUTER EVEN THOUGH IT WAS HIS JOB TO FINILAZE IT, BEFORE THE SCHEDULE BECAME FINAL THE WRITEN PROMISE WAS BROKEN CONSTANTLY.

I WAS GIVEN IMPLIED PROMISES WHICH WERE BROKEN AS WELL. BOTH MANAGER MARIO AND TONY MARTINEZ AGREED TO GIVE ME THE EXISTANCE OF AN IMPLIED PROMISE OF EMPLOYMENT AFTER AGREEING WITH ME THAT THE REASON FOR THE TRANSFER WAS BECAUSE THE ZMS'S ZONE MANAGER SUPERVISORS AND DEPT MANAGERS FAILED TO INFORCE COMPANY POLICYS AND PROCEDURES WHICH WAS PROVEN WITH PICTURES, DOCUMATION, AND WHISTLE BLOWING I DID TO LOCAL STATE AND FEDERAL AGENCIES LIKE HEALTH DEPT, DFEH, LABOR BOARD, WEIGHTS AND MEASURES. THEY APOLOGIZED FOR THEIR ACTIONS FOR MY FOLLOWING UP ON WRITTEN COMPLAINTS TOLD ME IF I AGREED TO THE TRANSFER THEY'LL GUARENTE MY [illegible] (EMPLOYMENT) WITH WALMART

WOULD BE MORE REWARDING SINCE THE FRONT END IS MORE STRICKER ON POLICIES AND PROCEDURES I WOULD FIT IN AND WOULD HAVE MORE OF A CHANCE TO BE PROMOTED AND RECONIZED. I THEN DECIDED TO DROP MY CASE THAT I FILED WITH DFEH.

THE STORE IS ALSO GUILTY OF BREACHES OF GOOD FAITH AND FAIR DEALING. MY EMPLOYER ACTED UNFAIRLY BY TRANSFERING ME TO MONEY CENTER BY MISLEADING ME TO BELEIVE MY CHANCES FOR PROMOTIONS AND WAGE INCREASES WOULD HAPPEN - IT DIDNT. MANAGEMENT LIEING FABRICATING REASONS TO THE STORE MANAGER TO FIRE ME WHEN THE REAL MOTIVATION IS TO REPLACE ME WITH SOMEONE WHO WILL WORK FOR LESS PAY WHICH IS WHAT THEY WERE DOING TO ME SENDING ME OUTSIDE TO COLLECT SHOPPING CARTS AND HAVING UNTRAINED, UN AUTHORIZED LOWER PAYING GRADE SCALE FEMALE EMPLOYEES TO DO MY JOB. TRYING TO KEEP THE ONLY MALE AND PRECEIVED GAY MALE OUT OF THE FRONTLANES AND HIDDEN OUT OF PUBLIC EYES BY CASTING OUT SIDE. MY PRIMARY JOB IS CASHIERING SECONDARY WAS CART PUSHING BUT NOT BY CHOICE THE SECONDARY POSITION WAS MORE LIKE 80-85 SOMETIMES 100% of my everyday life at Walmart. REPEATEDLY TRANSFERRING ME TO UNDESIREABLE ASSIGNMENTS. TO COERCE ME INTO QUITING THE WRITEN, IMPLIED promises including Breaches of Good Faith and Fair Dealing were with also a handshake.

DFEH NUMBER 10[illegible]
EEOC NUMBER 37A-2013-19054-C

2

The store is also guility of Violations of Public Policy its unwillingness to promote me advance or give me honest reveiws because disclosing company practices to their own ethics hotline that they established to encourage employees to report ethics issue to corporate regarding whats happening in their stores and for my whistle blowing to DFEH, OSHA, health dept and Dept of weights and measures. They even wrote me up for filing workers comp.

The store is guilty of Discrimation because of their actions against my age, preceived sexual oriatation and my sex gender being male. They never called me in not even for 1 job interview for promotion.

The store is guilty of Retaliation after filing my case with you DFEH their now telling you they wont promote me because they think I'm not managment material but before I filed they never told me that, repeatedly reminding me how no manager likes me by the store manager to me coercing me to quit or probably cuse him out of rage. They should of just said nothing to me because now I feel used and hopeless about ever growing with the company what kind of recommendation could I expect or what story would they tell the next store manager if I transfer out

The guilty of Fraud first manager Mario, and other managers made false representations

to a store manager who didnt know who I was or met me to distort his enopions of me to prevent me from getting promoted or making more money. Asst Mario Espinoza intended to deceive me from the begining when I accepted the job offer to Money Center on 11/19/11 I was doing trash and hangers and collecting carts for over 3 months before being trained to work on register and almost 7 months until I got into Money Center Dept. Even though I was profient and trainy to work on register they still abused me by using me on daily basis against my will and told me to do cart pushing, while hetosexual females cashier stayed inside. They told me my job description has a clause I can be utilized in other job tasks other than my job description but this is the same statement in their (hetrosexual female) job description as well.

Their guilty of defmation Asst Mario and other managers told Store Manager false statements saying I was an employee who couldnt get along with other workers when I could and do I just report ethics which I my right according to company policy and should not be punished for exercising.

**Date, time and facility the job offer was accepted/declined:**

**Date** 11/19/2011 **Time** 06:50 PM **Facility #** 01-05134

**Hiring Manager** TONY MARTINEZ **Manager Covering Job Offer** TONY MARTINEZ

**Job Description for the Job Offer stated above:**

I have read and understand the essential functions for this position and certify that:

[X] I have the ability to perform the essential functions of this position either with or without a reasonable accommodation.

[ ] I do not have the ability to perform the essential functions of this position either with or without a reasonable accommodation.

**Job Offer and Job Description acknowledged by:**

| | SSN | First Name | MI | Last Name |
|---|---|---|---|---|
| **Applicant** | ***-**-1899 | PABLO | T | HURTADO |

[X] **Accepted**

[ ] **Declined** ____________________ X

**Reason for Decline**

**Personnel File Copy - A copy may be made for the Associate upon request**

## Job Offer - Hourly

**SSN#** ***-**-1899 **First Name** PABLO **MI** T **Last Name** HURTADO

**Requisition #** 10553387 **Facility** 01-05134 **City** BAKERSFIELD **State** CA

| **Job Information:** | 1 | 990 | 516 | MONEY CENTER CASHIER |
|---|---|---|---|---|
| | **Division #** | **Department #** | **Job Code** | **Job Title** |

| | | | |
|---|---|---|---|
| **Current Position Pay Grade / Range** | 4 | **New Position Pay Range** | 4 |
| **Current Pay Rate** | $9.60 | **New Base Pay** | $9.60 |
| | | **Base Pay Rate** | $9.60 |
| | | **New Additional Pay** | $0.00 |
| | | **New Pay Rate** | $9.60 |
| | | **Position Status** | Full Time |
| | | **Position Start Date** | 11/20/2011 |

Summarized within are some of the benefits for which you are eligible as an Associate. Items referenced in this document may be subject to change if the governing policy, plan, process and/or practice changes after the employment effective date.

Your schedule and number of hours scheduled will be determined by your availability and the needs of the business.

Note: Your rate of pay is determined by the position pay grade and the job code of the position offered. If in the future, if you move to another position (whether voluntary or involuntary), the new rate of pay will be determined by the position pay grade and job code of the new position,Overnight differentials and market differentials are determined by job code, and therefore will be added or removed from the total rate of pay when applicable. Seasonal differentials are a temporary increase to base pay, and only extend through an eligible time period or to eligible positions as the business defines. The seasonal differential amount will be removed from base pay at the end of the time period, if an associate moves to an ineligible position or location, or as business needs dictate.

The rate of pay provided has been calculated in accordance with the Field Hourly Associate Pay Plan in effect at the time this Job Offer was created. The Field Hourly Associate Pay Plan is subject to revision at any time. Therefore, rate of pay may be modified prior to the effective date of this Job Offer. Refer to the Field Hourly Associate Pay Plan on The WIRE for additional information regarding rate of pay.

**By accepting this offer:**

- Position pay grade positions and above will be removed from your Current Career Interests and placed in your Future Career Goals.
- Positions lower than a position pay grade will be removed.

**Updating Your Career Preferences:**

- You may update your Future Career Goals anytime.
- You may update your Current Career Interests when you meet the minimum qualifications for position pay grade positions and above
- You may update your Current Career Interests with positions less than a position pay grade at anytime and minimum qualifications will not apply.

**Contingencies Applicable to this Job Offer:**

**Neither the offer of this position nor the Job Description relating to this position creates an express or implied contract of employment or any other contractual commitment. Wal-Mart may modify this position, including, but not limited to, the duties, schedule, or pay rate for this position, or modify this Job description, at its sole discretion, without notice, at any time consistent with applicable law.**