# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PABLO HURTADO, | ) | Case No.: 1:14-cv-01706 - ---- - JLT |
| Plaintiff, | ) ) | ORDER DIRECTING CLERK OF THE COURT |
| v. | ) ) | TO CLOSE THIS ACTION PURSUANT TO PLAINTIFF'S RULE 41(a) REQUEST |
| WALMART STORES, INC., Store #5134, | ) ) | |
| Defendant. | ) ) ) | |

On March 4, 2015 Plaintiff Pablo Hurtado filed a request that he be permitted to "withdraw [his] case" from the District Court "without prejudice." (Doc. 10 at 2.) Under the Federal Rules of Civil Procedure, "the plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A). Once such a notice has been filed, an order of the Court is not required to effectuate the dismissal. Fed. R. Civ. Pro. 41(a)(1)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).

Given the nature of request from Plaintiff, the Court construes the document to be a notice of dismissal pursuant to Rule 41. Because the defendant had not yet been served, Plaintiff was able to file a notice of dismissal, which "automatically terminate[d] the action." *Wilson*, 111 F.3d at 692.

///

1

Based upon the foregoing, **IT IS HEREBY ORDERED**:

1. The Clerk of Court is **DIRECTED** to close this action in light of the notice of dismissal without prejudice filed and properly signed pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated:   **March 9, 2015**                    /s/ Jennifer L. Thurston
                                              UNITED STATES MAGISTRATE JUDGE